# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FELICIA D. TAYLOR, Ph.D.**                                                                 **PLAINTIFF**

**v.**                                      **4:10CV00549-WRW**

**UNIVERSITY OF CENTRAL ARKANSAS,** *et al.*                              **DEFENDANTS**

## ORDER

Pending is Plaintiff's *pro se* Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. No. 5). Plaintiff alleges that the University of Central Arkansas; members of its Board of Trustees, administration, and faculty; and others discriminated against her based on her race and sex during her employment with the University.[1] In the Motion for TRO and Preliminary Injunction, she seeks an order directing Defendants to, among other things, comply with relevant laws, grant her tenure, and pay her $96,000 in back pay.[2]

Plaintiff has not shown that she would be irreparably harmed without preliminary injunctive relief.[3] Accordingly, Plaintiff's Motion for a TRO and Preliminary Injunction (Doc. No. 5) is DENIED.

IT IS SO ORDERED this 24th day of August, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 4.

[2] Doc. No. 6.

[3] *Adam-Mellang v. Apartment Search, Inc.*, 96 F.3d 297, 299 (8th Cir. 1996) (failure to show irreparable harm is a sufficient basis for denying preliminary injunction).