IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FELICIA D. TAYLOR, Ph.d**                                                                                **PLAINTIFF**

V.                                                    4:10CV00549 JMM

**THE UNIVERSITY OF CENTRAL**
**ARKANSAS, et al**                                                                                              **DEFENDANTS**

## ORDER

Pending is the Plaintiff's Motion for Default Judgment against Separate Defendants The University of Central Arkansas, Allen Meadors, Lance Grahn, Thomas Courtway, Luther Hardin, A. Gabriel Esteban, Neil Hattlestad, John Parrack, Linda Musselman, Harold Chakales, and Scott Roussel. The Separate Defendants have responded.

After review of the pleadings and the proofs of service, the Court finds that Plaintiff's Motion for Default Judgment (Docket # 59) must be DENIED because Plaintiff failed to effect service of process upon these Separate Defendants as required by Rule 4(d) of the Arkansas Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of June, 2011.

_James M. Moody_
James M. Moody
United States District Judge