**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**FELICIA D. TAYLOR, Ph.d.**                                              **PLAINTIFF**

**V.**                               **4:10CV00549 JMM**

**THE UNIVERSITY OF CENTRAL ARKANSAS,
ET AL.**                                                                **DEFENDANTS**

## ORDER

Pending is the Motion to Compel filed by Defendants Emogene Fox, Jane Elphingstone,

Marc Willey, Katherine Larson, Lynn Burley, Jayme Misap Stone, Victor Green, Rush Harding,

Kay Hinkle, Bobby Reynolds, Randy Sims, and Thomas Rainer (the "Separate Defendants").

Plaintiff has responded to the motion and provided responses to the Separate Defendants'

requests.  Therefore, the Motion to Compel (Docket # 57) is MOOT.

IT IS SO ORDERED this 22nd day of June, 2011.


_____
James M. Moody
United States District Judge