IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FELICIA D. TAYLOR**                                                                  **PLAINTIFF**

V.                                    **4:10CV00549 JMM**

**THE UNIVERSITY OF CENTRAL
ARKANSAS, ET AL.**                                                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for New Trial Pursuant to Rule 59, Federal Rules of Civil Procedure, and to Correct Judgment Pursuant to Rule 60, Federal Rules of Civil Procedure.

On March 14, 2012, the Court granted the Defendants' Motion for Summary Judgment and closed the case. The Court thoroughly reviewed the evidence and each of the claims alleged by the Plaintiff but found that each claim was lacking.

In her Motion, Plaintiff asks the Court to reconsider the Order pursuant to Rules 59 and 60. The Court finds that Plaintiff has failed to set forth any grounds for relief from the Order granting summary judgment. There is no evidence of mistake, inadvertence, surprise, or excusable neglect, newly discovered evidence, fraud, or "any other reason that justifies relief." *See* Fed. R. Civ. P. 60(b). Accordingly, the Motion (ECF No. 103) is DENIED.

IT IS SO ORDERED this 18th day of May, 2012.

_____
James M. Moody
United States District Judge